**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN RAUL ARTEAGA CALDERA, | No. 1:26-cv-00442 JLT CDB (HC) |
| Petitioner, | ORDER ADOPTING IN PART FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS |
| v. | |
| WARDEN, *et al.*, | |
| Respondents. | (Doc. 12) |

Kevin Raul Arteaga Caldera, a federal immigration detainee proceeding pro se, initiated this action on January 20, 2026, with the filing of a petition for writ of habeas corpus under 28 U.S.C. § 2241. (Doc. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On March 10, 2026, the assigned magistrate judge issued findings and recommendations to grant the Petition and require Respondents to immediately release Petitioner. (Doc. 12.) Respondents timely filed objections, advancing the same reasons articulated in their earlier filing, namely, that Petitioner's detention is governed by and mandatory under 8 U.S.C. § 1225(b) and that Petitioner is not entitled to a bond hearing or immediate release. (Doc. 14 at 1; *see also* Doc. 8 at 1.) Alternatively, Respondents ask that the remedy be a custody redetermination hearing instead of release from custody. (Doc. 14 at 1.)

According to 28 U.S.C. § 636(b)(1), the Court conducted a *de novo* review of this case.

1

Having carefully reviewed the entire file, the Court agrees with the magistrate judge that the Petition should be granted. Petitioner's due process rights have been violated because he has not been afforded a custody redetermination to which he is entitled under § 1226(a). However, because the record does not indicate that Petitioner has ever been subject to a formal evaluation by any immigration authority as to his danger to the community and/or flight risk, the Court departs from the findings and recommendations as to the appropriate remedy. Rather than immediate release, the Court will order that Petitioner be provided a custody redetermination hearing. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on March 10, 2026 (Doc. 12) are **ADOPTED IN PART**.

2. The petition for writ of habeas corpus (Doc. 1) is **GRANTED**.

3. Respondents are **ORDERED** to provide Petitioners with a custody redetermination hearing in accordance with 8 U.S.C. § 1226(a) within 14 days of the date of this Order, in which the parties will be allowed to present evidence and argument about whether Petitioner is a danger to the community and/or presents a flight risk if not detained.

4. If Respondents fail to provide that custody redetermination hearing within 14 days – or by an alternative date if agreed to by Petitioner – Respondents **SHALL** immediately release Petitioner.

5. The Clerk of the Court is **DIRECTED** to enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated:   **March 20, 2026**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE